[No. 48753-1-I. Division One. May 6, 2002.]

NEWTON INSURANCE AGENCY & BROKERAGE, INC., *Respondent*, v. CALEDONIAN INSURANCE GROUP, INC., *Appellant*.

The unpublished opinion in this cause was *withdrawn* by order of the Court of Appeals dated August 12, 2002. Substitute opinion filed. Now published at 114 Wn. App. 151.

[Nos. 48764-7-I; 48766-3-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. RANDOLPH CHRISTOPHER FINLEY, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 00-1-05035-2, James D. Cayce, J., entered May 31, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49017-6-I. Division One. May 6, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JUSTIN ALONZO WATKINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 00-1-10861-0, Michael J. Fox, J., entered July 30, 2001. *Reversed* by unpublished per curiam opinion.

[No. 49864-9-I. Division One. May 6, 2002.]

*In the Matter of the Personal Restraint of* ISAAC ABRAHAM ROURICK, *Petitioner*.

Petition for relief from personal restraint. *Granted* by unpublished per curiam opinion.